023-15

# Public
# Defender☆'s
# Office

Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278 eFax

August 11, 2014

Ronnie Anthony Bryant
TDCJ # 01810399
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, TX 78580

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

Re:     *Ronnie Bryant v. State of Texas*, cause number 1338550

Dear Ronnie:

       I was surprised when I received your recent letter asking for an update on your appeal. After reviewing the records in your case, I discovered to my surprise that I made the mistake of failing to send you a copy of the opinion in your case which was issued in December of 2013. I have enclosed a copy of the opinion with this letter.

       Let me first apologize for failing to send you a copy of the opinion in your case. I have handled a lot of appeals and this is the first time I have made a mistake in this regard. I can't offer any explanation as to how this happened, other than to say that it was an oversight on my part because I was under the impression that I had already sent you a copy. However, a review of my records indicates that you were not sent a copy.

       After a conviction is affirmed on appeal, as is the situation in your case, there is the option to file something known as a Petition for Discretionary Review, also known as a PDR. A PDR is an instrument where you ask the Court of Criminal Appeals, the highest criminal court in Texas, to hear your case on appeal and must be filed within 30 days of the opinion of the Court of Appeals. The Court of Criminal Appeals doesn't have to hear your case because they get to pick and choose the cases that they hear. A PDR is the instrument you use to ask them to hear your case. If the Court of Criminal Appeals grants your PDR, then you have to try to win your case in the same way as you would before the Court of Appeals. The Court of Criminal Appeals only grants about 10% of the PDRs that are submitted to it. Typically, they only grant PDRs on cases that involve complicated legal questions or the interpretations of new laws.

       Here is a more detailed explanation about PDRs that is contained in the intro letter we sent to you when you first indicated you wished to appeal your conviction:

*Brief*

Dear Sir or Mrs Abel Acosta
This is a letter that I can Prove
that the courts sent me the Man
date, thats why I didnt have for
the applicants direct appeal, My
Lawyer never got me ready for
my appeal, And I can Prove that my
Defendant Attorney never try to help
me, I got Appellate Briefs that She never
file Motion for no Dhop the Eenhan-
cement I had no counsloring and
allso my Appeal Attorney didnt let
me know about my appeal, I need a
fear chances. were do I stand.
My PDR, cant be find out Right becadese
I dont have my courts Mandate was not
gave to me, what I do next Please.
could you Please tell me whats going on
Please

Thank you truly
Ronnie Bryant
1338550B